**EQUITABLE PUBLISHING COMPANY,
Petitioner,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.**

**Howard C. BERKY and Emma M. Berky,
his wife, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.**

**George W. KNIPE and Dorothy K. Knipe,
his wife, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.**

**Nos. 15568, 15567, 15566.**

United States Court of Appeals
Third Circuit.

Argued Feb. 10, 1966.

Decided March 8, 1966.

Gordon W. Gerber, Philadelphia, Pa.
(Kenneth W. Gemmill, David E. Sey-
mour, Dechert, Price & Rhoads, Philadel-
phia, Pa., on the brief), for petitioners.

Jonathan S. Cohen, Dept. of Justice,
Tax Division, Washington, D. C. (Rich-
ard M. Roberts, Acting Asst. Atty. Gen.,
Lee A. Jackson, Melva M. Graney, Attys.,
Dept. of Justice, Washington, D. C., on
the brief), for respondent.

Before McLAUGHLIN, FORMAN and
GANEY, Circuit Judges.

PER CURIAM.

We are concerned here solely with the
issues arising out of payments by Equi-
table Publishing Company during the
taxable years involved to North Penn
Publishing Co. The stock of the North
Penn corporation was wholly owned by
taxpayers Knipe and Berky, the majority
and controlling stockowners of Equitable.
In our judgment the facts clearly justi-
fied the holding of the Tax Court that the
sums totaling approximately $142,000 so
paid by Equitable to North Penn under
the guise of "advertising participation
program payments" were income of
Equitable and properly taxable to it; that
such payments could not be deducted by
Equitable as business expense; that said
payments were taxable to Knipe and
Berky as constructive dividends and that
the deficiencies were not barred by the
statute of limitations.

The decision of the Tax Court will be
affirmed.

**Jack D. GIBBONS**

v.

**The PITTSBURGH & LAKE ERIE RAIL-
ROAD COMPANY, a Corporation,
Appellant.**

**No. 15446.**

United States Court of Appeals
Third Circuit.

Argued Jan. 7, 1966.

Decided March 1, 1966.

Gordon E. Neuenschwander, Pitts-
burgh, Pa., for appellant.

Donald E. Ziegler, Pittsburgh, Pa., for
appellee.

Before BIGGS, GANEY and FREED-
MAN, Circuit Judges.

PER CURIAM.

An examination of the record in this
case and consideration of the arguments
of counsel convince us that the proceed-
ings below were without error. Conse-
quently, the orders and the judgment ap-
pealed from will be affirmed.